UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Nos.: CR02-0373-MJP-JPD |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| ANGELA YOLANDA RICHARDSON, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial probation revocation hearing on supervised release violations in this case was scheduled before the undersigned Magistrate Judge on July 14, 2005. The United States was represented by Assistant United States Attorney Kathryn Warma, and the defendant by Ms. Nancy Tenney. The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about April 28, 2003, by the Honorable Marsha J. Pechman on charges of bank fraud and was sentenced to serve one (1) day in prison and three years of supervised release.

In addition to the standard conditions of supervised release, which includes compliance with all local, state, and federal laws, special conditions of supervised release were imposed. These special conditions included, but were not limited to, no possession of firearms, mandatory drug testing, search, participation in a mental-health treatment program, providing financial information, restitution, and no new credit charges or opening additional lines of credit without

approval from the United States Probation Officer.

In a Petition for Warrant of Summons dated June 23, 2005, and a Violation Report dated June 24, 2005, U.S. Probation Officer Brian L. Johnson asserted the following violations of the conditions of supervised release by the defendant:

(1)     Failing to submit a truthful and complete written report within the first five (5) days of March, April, and May 2005, in violation of standard condition number 2;

(2)     Obtaining a loan without the approval of the United States Probation Officer, in violation of the special condition that the defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obtaining a loan without approval of the defendant's United States Probation Officer;

(3)     Failing to answer truthfully all inquiries by the probation officer, in violation of standard condition number 3.

The defendant admitted to violation number 2, and waived any evidentiary hearing as to whether they occurred. The defendant denied alleged violations number 1 and number 3, and requested an evidentiary hearing on the alleged violations before the Honorable Marsha J. Pechman.

I therefore recommend that the Court find the defendant violated her supervised release as to violation number 2, and that the Court conduct an evidentiary hearing limited to disposition.

An evidentiary hearing on violations number 1 and number 3, and a disposition hearing on violation number 2 has been set before the Honorable Marsha J. Pechman for August 12, 2005, at 4:00 p.m. Pending a final determination by the Court, the defendant has been released, subject to the conditions of supervised release.

DATED this 15th day of July, 2005.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Ms. Kathryn A. Warma
Defendant's attorney: Ms. Nancy Tenney
Probation officer: Mr. Brian L. Johnson

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3